[No. 7,469.—In Bank.]
November 28, 1882.

TOWN OF WOODLAND v. J. D. STEPHENS et al.

Water Supply for Municipalities—Constitution—City and County Gas Franchise—Injunction.—The case of the *People* v. *J. D. Stephens et al.*, No. 8,023, decided November 28, 1882, followed. (See *ante*, 209.)

Appeal from the Superior Court of the County of Yolo, from an order dissolving a preliminary injunction. Bush, J.

Action to restrain the defendants from making excavations in the streets of the Town of Woodland. A preliminary injunction was granted upon the complaint alone. Defendants filed an answer, and set up, as a defense, that the excavations made and threatened to be made by defendants in the streets of said town were for the purpose of laying pipes to supply the inhabitants of the town with water, and pleaded certain matters as facts under which they claimed the right to so supply water. Defendants also filed their own affidavit, containing, substantially, the same matters as in the answer; and upon the affidavit and answer, moved to dissolve the injunction. Upon the hearing of the motion counter affidavits were read, and the Court dissolved the injunction. From the said order dissolving said preliminary injunction plaintiff appealed.

After decision in bank a petition for rehearing was filed and the same denied.

*S. M. Wilson* and *W. B. Treadwell*, for Appellant.

For argument, see appellant's points in *People* v. *Stephens*, *ante*, 209.

*Henry Edgerton, C. P. Sprague*, and *Craig & Grant*, for Respondents.

For argument, see respondents' points in *People* v. *Stephens*, *ante*, 209.

The Court:

On the authority of *People* v. *Stephens*, No. 8,023, order dissolving injunction affirmed.